# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 2:13-cv-01329-JAD-VCF |
| vs. | **MINUTE ORDER** |
| $32,750.00 IN UNITED STATES CURRENCY, | |
| Defendants. | |

Before the Court is the Motion for Return of Property (#7) filed on January 6, 2014. To date an opposition has not been filed.

IT IS HEREBY ORDERED that the government may have ten (10) days from the date of entry of this order to file an opposition to the Motion for Return of Property (#7).

The Court Clerk is directed to place a hard copy of this Order in the AUSA's inbox for Mr. Michael A. Humphrey and Mr. Daniel D. Hollingsworth.

DATED this 30th day of January, 2014.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE