# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>$32,750.00 IN UNITED STATES CURRENCY,<br><br>　　　　　　Defendants. | 2:13-cv-01329-JAD-VCF<br><br>**MINUTE ORDER** |

　　　Before the Court is the Motion to Reconsider Order to Respond to Claim. (#13).

　　　The Court has reviewed the government's instant motion for the Court to reconsider its Order (#11) requesting the government to file an opposition to the Motion for Return of Property (#7). Docket number 7 was incorrectly labeled as a Motion for Return of Property on the Court's docket. Docket number 7 is a Verified Claim of Fabian Garcia, Sr., thus, no opposition is required from the government.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that Motion to Reconsider Order to Respond to Claim (#13) is GRANTED.

　　　IT IS FURTHER ORDERED that Order (#11) is VACATED.

　　　IT IS FURTHER ORDERED that the Court Clerk correct the docket entry #7 to reflect the Verified Claim of Fabian Garcia, Sr.

　　　DATED this 11th day of February, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE