# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>$32,750.00 IN UNITED STATES CURRENCY,<br><br>        Defendant. | 2:13-cv-01329-RFB-VCF<br>**ORDER** |

    Before the Court is the Notice that the parties have reached an agreement on the issues of attorneys' fees (ECF NO. 62).

    Accordingly,

    IT IS HEREBY ORDERED that the August 7, 2017 deadline to submit additional briefing is VACATED.

    IT IS FURTHER ORDERED that the parties must submit a Joint Signed Settlement Agreement on or before September 18, 2017.

    DATED this 2nd day of August, 2017.

                                                                     _____<br>                                                                   CAM FERENBACH<br>                                                                   UNITED STATES MAGISTRATE JUDGE